Christopher M. Brennan, #7-5529
WOODHOUSE RODEN AMES & BRENNAN, LLC
1912 Capitol Avenue, Suite 500
Cheyenne, WY 82001
307-432-9399 Telephone
307-432-7522 Fax
Christopher@wrablaw.com
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| RYAN ELY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No: 24-CV-258-SWS |
| ) | |
| BLACK GOLD LAND COMPANY, LLC ) | |
| d/b/a "COAL MINE RNCH", BRIAN ) | |
| BEISHER, individually and as an agent of ) | |
| BLACK GOLD LAND COMPANY, LLC ) | |
| d/b/a "COAL MINE RANCH"; ANNETTE ) | |
| RINALDO, individually and as an agent of ) | |
| BLACK GOLD LAND COMPANY, LLC ) | |
| d/b/a "COAL MINE RANCH"; BRAD ) | |
| WALDEN, individually and as an agent of ) | |
| BLACK GOLD LAND COMPANY, LLC ) | |
| d/b/a "COAL MINE RACH"; and ) | |
| CAMERON DODSON, BLACK GOLD ) | |
| LAND COMPANY, LLC d/b/a "COAL ) | |
| MINE RANCH". ) | |
| Defendants ) | |

## NOTICE OF FILING PROOF OF SERVICE

COMES NOW, the Plaintiff, Ryan Ely, by and through his counsel Christopher M. Brennan of Woodhouse Roden Ames & Brennan, LLC, and Jason J. Friedl of ROMANUCCI & BLANDIN, LLC, hereby notifies the Court that Cameron Dobson was served a copy of the *Complaint* via process server. A copy of the *Proof of Service* is attached hereto as Exhibit 1.

1

DATED this 31st day of January 2025.

/s/ Chirstopher M. Brennan

Christopher M. Brennan, #7-5529
Woodhouse Roden Ames & Brennan, LLC
1912 Capitol Avenue, Suite 500
Cheyenne, WY 82001
307-432-9399 Telephone
307-432-7522 Fax
Christopher@wrablaw.com

and

/s/ Jason J. Friedl

Jason L Friedl, ARDC No. 6273533
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, Illinois 60654
P: (312) 458-1000
F: (312) 458-1004
jfriedl@rblaw.net
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of January 2025, a true and correct copy of the foregoing **NOTICE OF FILING PROOF OF SERVICE** was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties registered for electronic filing via the CM/ECF system. A true and corrected copy of the foregoing document was served upon the following person(s) not registered in the CM/ECF system via USPS on the date indicated above.

Cameron Dobson
5883 Lakeshore Road
Lexington, MI 48450

Cameron Dobson
2330 Mortimer Line Road
Croswell, MI 48422

2

*/s/ Tara Fugate*
_____
Of Woodhouse Roden Ames & Brennan, LLC

3

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Wyoming

| | |
|---|---|
| RYAN ELY <br><br> *Plaintiff(s)* <br> v. <br> BLACK GOLD LAND COMPANY, LLC d/b/a "COAL MINE RNCH", BRIAN BEISHER, individually and as an agent of BLACK GOLD LAND COMPANY, LLC <br> *Defendant(s)* | Civil Action No. 24-CV-258-SWS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cameron Dobson
2330 Mortimer Line Road
Croswell MI 48422

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Christopher M. Brennan; Woodhouse Roden Ames & Brennan, LLC, 1912 Capitol Avenue, Suite 500, PO Box 1888, Cheyenne WY 82003; 307-432-9399; christopher@wrablaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/12/2024

*Signature of Clerk or Deputy Clerk*

**EXHIBIT 1**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Cameron Dobson
was received by me on *(date)* 1/7/25 .

☒ I personally served the summons on the individual at *(place)* 2330 Mortimer Line Rd, Crosuell
on *(date)* 1/9/25 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 38.19 MU ~~26.00~~ for travel and $ 26.00 for services, for a total of $ 64.19 ~~MU~~ ~~0.00~~

I declare under penalty of perjury that this information is true.

Date: 1/9/25

*Dep Chuck Vagros*
*Server's signature*

Deputy Charles Vagros
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: